UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSOCIATION OF WOMEN WITH DISABILITIES ADVOCATING ACCESS, SUING N BEHALF OF TANIA AZEVEDO AND ITS MEMBERS; and TANIA AZEVEDO, an individual,<br><br>                              Plaintiffs,<br><br>       v.<br><br>HINTZA MULUBRHAN D.B.A. PJS MARKET AND DELI; HINTZA, MULUBRHAN; and HABTEMARIAM, ABEBA, TRUST,<br><br>                              Defendants. | Civil No.   06-CV-553 H (CAB)<br><br><br><br><br><br>**ORDER SCHEDULING SETTLEMENT DISPOSITION CONFERENCE** |

On September 13, 2006, the Court held a Status Conference regarding the progress of settlement. The parties represented that the case had settled. Accordingly, IT IS HEREBY ORDERED:

1. On or before **September 22, 2006**, Defendants' counsel shall deliver to Plaintiffs' counsel a written settlement agreement. In the event that Plaintiffs find that the written settlement agreement does not accurately reflect the terms agreed upon, they shall immediately notify the chambers.

2. In the event the parties are satisfied with the written settlement agreement, a Stipulation for Dismissal shall be submitted to the Honorable Marilyn L. Huff on or before **November 1, 2006**. A courtesy copy shall be delivered to the chambers of the

Honorable Cathy Ann Bencivengo.

3. If a Stipulation for Dismissal is not submitted on or before November 1, 2006, then a Settlement Disposition Conference shall be held on **November 2, 2006**, at **9:00 a.m.** before Judge Bencivengo. The conference shall be <u>telephonic</u>, with <u>attorneys only</u>. Counsel for Plaintiffs shall initiate and coordinate the conference call.

4. If a Stipulation for Dismissal is received on or before November 1, 2006, the Settlement Disposition Conference shall be VACATED without further court order.

**IT IS SO ORDERED.**

DATED: September 13, 2006

_____
**HON. CATHY ANN BENCIVENGO**
United States Magistrate Judge